IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER MICHAEL,                )
                                     )
    Plaintiff(s),                    )     No. C 07-2237 CRB (PR)
                                     )
vs.                                  )     ORDER OF TRANSFER
                                     )
F. B. HAWS, et al.,                  )
                                     )
    Defendant(s).                    )
                                     )

      Plaintiff, a prisoner at California State Prison, Los Angeles County, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Los Angeles, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Western Division of the Central District. See id. § 1391(b).

      Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

      The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: May 1, 2007

                                          CHARLES R. BREYER
                                          United States District Judge